B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Universal Packaging, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/27/2015 4:34:30 PM
CHRISTOPHER A. PRINE
Clerk

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-1700565** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**1308 Upland Dr**<br>**Houston, TX**<br>ZIP Code **77043** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 79679**<br>**Houston, TX**<br>ZIP Code **77279-9769** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Universal Packaging, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **Houston, TX** | Case Number:<br>**10-31657** | Date Filed:<br>**3/01/10** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)



_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Universal Packaging, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X __/s/ Jarrod Martin_____
Signature of Attorney for Debtor(s)

**Jarrod Martin 24070221**
Printed Name of Attorney for Debtor(s)

**Wauson | Probus**
Firm Name

**One Sugar Creek Center Blvd.**
**Suite 880**
**Sugar Land, TX 77478**

_____
Address

**Email: jmartin@w-plaw.com**
**281-242-0303  Fax: 281-242-0306**
Telephone Number

**April 13, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ John Wylie_____
Signature of Authorized Individual

**John Wylie**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 13, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Texas

In re     **Universal Packaging, Inc.**                                              Case No. _____

                                                 Debtor

                                                 Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 155,922.69 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 1,433,072.86 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 2,604,396.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 155,922.69 | | |
| Total Liabilities | | | | 4,037,468.88 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### Southern District of Texas

In re   **Universal Packaging, Inc.**

Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     **Universal Packaging, Inc.**                                    Case No. _____

                                                 Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Universal Packaging, Inc.**                                                                                Case No. _____
                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BBVA Compass Operating Account ending in 1315** | - | **18.32** |
| | | | **BBVA Compass Payroll Account ending in 6423** | - | **1,603.99** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Product photographs, vendor catalogs** | - | **0.00** |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **1,622.31**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                                    Case No._____
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable for packaging system customers** | - | **63,819.57** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **63,819.57**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Universal Packaging, Inc.**                                              Case No._____
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Packaging system designs and drawings** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached Exhibit A** | - | **12,823.81** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Exhibit B** | - | **77,657.00** |
| 30. Inventory. | | **Partially completed machinery** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Engineering drawings, Software** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **90,480.81** |
| Total > | **155,922.69** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| OFFICE FURNISHINGS | | VALUE EA | TOTAL |
|---|---|---|---|
| **FILING CABINETS** | | | |
| 3 DRAWER-STANDARD | 3 | 20.00 | $60.00 |
| 2 DRAWER-STANDARD | 1 | 10.00 | $10.00 |
| 2 DRAWER-LATERAL | 3 | 20.00 | $60.00 |
| 4 DRAWER-LATERAL | 1 | 35.00 | $35.00 |
| 5 DRAWER-LATERAL | 1 | 35.00 | $35.00 |
| **SHELVING UNITS/CABINETS** | | | |
| 3 SHELF WOOD | 3 | 5.00 | $15.00 |
| 2 SHELF WOOD | 4 | 5.00 | $20.00 |
| DECORATIVE SHELF UNIT WOOD | 1 | 30.00 | $30.00 |
| 6 SHELF UNIT METAL | 1 | 30.00 | $30.00 |
| 5 SHELF UNIT METAL | 1 | 30.00 | $30.00 |
| METAL CABINETS W/DOORS | 3 | 30.00 | $90.00 |
| ROLLER LOCK TIP FILE CABINET | 1 | 5.00 | $5.00 |
| LIGHTED GLASS DISPLAY CABINET | 1 | 45.00 | $45.00 |
| **FOLDING TABLES** | | | |
| 8' | 4 | 20.00 | $80.00 |
| 5' | 3 | 10.00 | $30.00 |
| **DESKS/CREDENZA/TABLES** | | | |
| SECRETARIAL W/RETURNS | 4 | 50.00 | $200.00 |
| STANDARD OFFICE DESK | 1 | 25.00 | $25.00 |
| CREDENZA | 1 | 20.00 | $20.00 |
| CONFERENCE TABLE | 1 | 50.00 | $50.00 |
| MODULAR DESK PIECES | 6 | 20.00 | $120.00 |
| DRAFTING TABLE | 1 | 50.00 | $50.00 |
| **CHAIRS** | | | |
| SWIVEL ROLLER DESK CHAIRS | 10 | 5.00 | $50.00 |
| OFFICE GUEST CHAIRS | 7 | 5.00 | $35.00 |
| **KITCHEN** | | | |
| REFRIGERATOR | 1 | 50.00 | $50.00 |
| FREEZER | 1 | 50.00 | $50.00 |
| BRUNN COFFEE MAKER | 1 | 20.00 | $20.00 |
| MICROWAVE | 2 | 5.00 | $5.00 |

TOTAL FURNISHINGS                                                     $1,250.00

| OFFICE EQUIPMENT | DATE OF PURCHASE | ORIGINAL COST | VALUE NOW January 1, 2010 | VALUE NOW January 1, 2011 | VALUE NOW January 1, 2015 |
|---|---|---|---|---|---|
| COMPUTER, CUSTOM BUILT SERVER W/ACER FLAT SCREEN | 2003 | 10756.80 | 1000.00 | 950.00 | 902.50 |
| COMPUTER, DELL OPTEPLEX 755 W/DELL FLAT SCREEN | 2008 | 668.99 | 150.00 | 142.50 | 135.38 |
| COMPUTER, DELL SX280 W/DELL ULTRASHARP FLAT SCREEN | 2003 | 1493.00 | OUT OF SERVICE | 0.00 | |
| COMPUTER, DELL PRECISION 490 W/ 2 DELL  FLAT SCREENS | 2007 | 2069.00 | 300.00 | 285.00 | 270.75 |
| COMPUTER, PRECISION T3400 W/ VIEW SONIC SCREEN | 2008 | 1398.99 | 300.00 | 285.00 | 270.75 |
| COMPUTER, DELL M4400 LAPTOP W/SONY & AOC FLATSCREEN | 2009 | 2809.00 | 500.00 | 475.00 | 451.25 |
| COMPUTER, DELL M2300 LAPTOP W/ 2 DELL FLATSCREENS | 2008 | 1349.00 | OUT OF SERVICE | 0.00 | |
| | 2008 | 378.00 | | | |
| COMPUTER, DELL M2400 LAPTOP | 2009 | 1269.00 | OUT OF SERVICE | 0.00 | |
| PRINTER, MICROLINE 320 OKI | 2005 | 325.00 | OUT OF SERIVCE | | |
| PRINTER, MICROLINE 320 TURBO | 10/25/2010 | 430.74 | | 350.00 | 332.50 |
| PRINTER, ZEBRA LP2844 | 2005 | 297.00 | 174.00 | 165.30 | 157.04 |
| PRINTER/FAX, HP LASER JET 3050 | 2008 | 699.00 | 265.00 | 251.75 | 239.16 |
| PRINTER/FAX, HP PSC 2210 | 2008 | 294.00 | OUT OF SERVICE | 0.00 | |
| PRINTER, DESIGNJET T1120 | 2009 | 3698.58 | 1899.00 | 1804.05 | 1713.85 |
| PRINTER, HP LASER JET 2100 | 2000 | 275.00 | 42.00 | 39.90 | 37.91 |
| PRINTER, HP OFFICE JET PRO 8600 | 2009 | 365.95 | 50.00 | 47.50 | 45.13 |
| PRINTER, HP LASER JET 2600N | 2009 | 295.00 | 50.00 | 47.50 | 45.13 |



| Item | Year | | | | |
|---|---|---|---|---|---|
| FAX, BROTHER INTELLIFAX 4750e | 2002 | 320.00 | 100.00 | 95.00 | 90.25 |
| COPIER, CANON NP6025 | 1998 | 395.00 OUT OF SERIVCE | | 0.00 | |
| BLUE PRINT MACHINE, DIAZIT DART 115 | 1990 | 700.00 | 100.00 | 95.00 | 90.25 |
| BARACUDA SPAM FIREWALL 300 | 2007 | 2200.00 | 500.00 | 475.00 | 451.25 |
| CISCO PIX 501 FIREWALL | 2003 | 150.00 | 50.00 | 47.50 | 45.13 |
| 3 COM OFFICE CONNECT ROUTER | 2003 | 150.00 | 25.00 | 23.75 | 22.56 |
| PANASONIC KX-T7433 DIGITAL PHONE SYSTEM W/ 9 PHONES | 1998 | 5000.00 | 200.00 | 190.00 | 180.50 |
| DELL M4500 PRECISION LAPTOP | 9/16/2010 | 2411.80 | | 2366.80 | 2248.46 |
| DELL DESKTOP T7500 REFURBISHED W/2 VIEW SONIC SCREENS | 27-Jun-11 | 1665.96 | | | 1582.66 |
| MAC BOOK PRO | 31-May-12 | 2380.42 | | | 2261.40 |
| TOTAL | | | 5705.00 | 8136.55 | 11573.81 |

EXHIBIT B

| SHOP EQUIPMENT | MODEL YEAR | YEAR PURCHASED | ORIGINAL COST | CURRENT VALUE January 1, 2010 | CURRENT VALUE January 1, 2011 | CURRENT VALUE January 1, 2015 |
|---|---|---|---|---|---|---|
| MAZAK VTD-200B VERTICAL CNC MACHINING CENTER | 1999 | 2000 | 84600.00 | 39500.00 | 36340.00 | 33432.80 |
| ROMI M17 COMBINATION LATHE | 2004 | 2004 | 56010.00 | 23900.00 | 21988.00 | 20228.96 |
| CINCINNATI MANUAL HORIZONTAL MILL | 1957 | 1973 | UNKOWN | 210.00 | 193.20 | 177.74 |
| CLAUSING COLCHESTER 15 ENGINE LATHE | 1973 | 1973 | UNKOWN | 2500.00 | 2300.00 | 2116.00 |
| HYSTER MODEL E50XL FORK LIFT 5000LB CAPACITY MOPEL YR | 1990 | 2004 | 6200.00 | 2795.00 | 2571.40 | 2365.69 |
| BRIDGEPORT MILL | 1975 | 1975 | UNKOWN | 1000.00 | 920.00 | 846.40 |
| POWERMATICK DRILL PRESS MODEL 1200 | 1985 | 1985 | UNKOWN | 750.00 | 690.00 | 634.80 |
| SPEEDAIRE AIR COMPRESSOR MODEL 1Z724A | 1985 | 1985 | UNKNOWN | 150.00 | 138.00 | 126.96 |
| INGERSOLL-RAND MODLE UNI-15-150-L AIR COMPRESSOR | 2005 | 2005 | 6622.77 | 2500.00 | 2300.00 | 2116.00 |
| DOALL METAL CUTTING BAND SAW MODEL C-916A | 1987 | 1987 | UNKOWN | 2500.00 | 2300.00 | 2116.00 |
| KALAMAZOO CHOP SAW | 1987 | 1987 | UNKOWN | 295.00 | 271.40 | 249.69 |
| MILLER SYNCHROWAVE 2500X MIG AND HILI-ARC WELDER | 2005 | 2005 | 3052.56 | 1250.00 | 1150.00 | 1058.00 |
| MILLER MODEL CP200 MIG WELDER | 1982 | 1952 | UKNOWN | 350.00 | 322.00 | 296.24 |
| USED 1979 STRIPPIT PUNCH PRESS MODEL 18.30 | 1979 | 2006 | 7100.00 | 3200.00 | 2944.00 | 2708.48 |
| ATLANTIC MODEL CC 10X1/4 SHEAR | 1983 | 1983 | UNKOWN | 9500.00 | 8740.00 | 8040.80 |
| WESTERN ARCTRONICS ROCKER ARM SPOTWELDER SN7DG091 | UNKNOWN | UNKNOWN | UNKNOWN | 350.00 | 322.00 | 296.24 |
| CHICAGO STEEL BENDING BRAKE SIZE L-36 (BOUGHT USED) | UNKNOWN | UNKNOWN | UNKNOWN | 1000.00 | 920.00 | 846.40 |
| TOTALS | | | | 91750.00 | 84410.00 | 77657.20 |

B6D (Official Form 6D) (12/07)

In re __Universal Packaging, Inc.__ _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | | | |
| Total (Report on Summary of Schedules) | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re     **Universal Packaging, Inc.**                                       Case No._____

                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Universal Packaging, Inc.** Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>James Wylie, Jr.<br>17527 Autumn Trails<br>Houston, TX 77084 | | | 2014 wages: $51920.00<br>2015 wages: $20195.00 | | | | | 59,640.00 |
| | | | | | | | 72,115.00 | 12,475.00 |
| Account No.<br><br>John Wylie<br>2023 Willowlake<br>Houston, TX 77077 | | | 2014-2015<br><br>2014 wages: $75,190.00<br>2015 wages: $20,195.00 | | | | | 82,910.00 |
| | | | | | | | 95,385.00 | 12,475.00 |
| Account No.<br><br>Patricia Wylie<br>2023 Willowlake<br>Houston, TX 77077 | | | 2014-2015<br><br>2014 wages: $41,600.00<br>2015 wages: $4,800.00 | | | | | 33,925.00 |
| | | | | | | | 46,400.00 | 12,475.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | | 176,475.00 |
|---|---|---|
| (Total of this page) | 213,900.00 | 37,425.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Universal Packaging, Inc.**                                                 Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Harris County Tax Assessor** PO Box 4663 Houston, TX 77210-4663 | | - | **Unpaid Taxes** | | | | 6,452.19 | 0.00 | 6,452.19 |
| Account No. **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | X | - | **Payroll Taxes** | | | | 1,199,352.73 | 0.00 | 1,199,352.73 |
| Account No. **Spring Branch ISD Tax Office** PO Box 19037 Houston, TX 77224 | | - | **Unpaid Taxes** | | | | 13,367.94 | 0.00 | 13,367.94 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,219,172.86 | 0.00 1,219,172.86 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,433,072.86 | 176,475.00 1,256,597.86 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Universal Packaging, Inc.**                                                                                   Case No._____
                                                                                                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**A&K Servo Technologies** <br>**2688 Dadeville Rd** <br>**Alexander City, AL 35010** | | - | | **05/2014** <br>**Trade debt** | | | | 750.00 |
| Account No. **...4836** <br><br>**Accro Metal Finishing** <br>**10121 Sussex** <br>**Houston, TX 77041** | | - | | | | | | 638.00 |
| Account No. <br><br>**ADP, LLC** <br>**Attn: Legal Department** <br>**One ADP Boulevard** <br>**Roseland, NJ 07068** | | - | | **2015** <br>**Payroll services** | | | | 2,415.36 |
| Account No. <br><br>**ADT Security Systems** <br>**P.O. Box 650485** <br>**Dallas, TX 75265** | | - | | | | | | 4,678.51 |
| **22** continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | | 8,481.87 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Universal Packaging, Inc.**                    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. .4669 <br><br> **Advanced Flexible Composites** <br> P. O. Box 4225 <br> Paysphere Circle <br> Chicago, IL 60674 | - | | | | | | | 300.13 |
| Account No. <br><br> **Airdyne Ltd.** <br> 14910 Henry Rd <br> Houston, TX 77060 | - | | | 2014-2015 <br> **Trade debt** | | | | 7,755.00 |
| Account No. <br><br> **Airdyne, Ltd.** <br> 14910 Henry Road <br> Houston, TX 77060 | - | | | | | | | 445.00 |
| Account No. <br><br> **Ali & Abdul Trading Co LLC** <br> c/o Robert George <br> Curtis, Mallet-Prevost, Colt & Mosie LLP <br> 2 Houston Center, 909 Fannin, Suite 3725 <br> Houston, TX 77010 | - | | | 2014 <br> **Arbitration judgment** | | | | 829,068.00 |
| Account No. <br><br> **Allpac, Inc.** <br> 2210 Farrington Street <br> Dallas, TX 75207 | - | | | | | | | 2,137.24 |

Sheet no. __1__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br> (Total of this page)     **839,705.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer deposit on unfinished machine** | | | | |
| Animal Science Products PO Box 631408 Nacogdoches, TX 75961 | | - | | | | | 2,109.24 |
| Account No. ...2936 | | | | | | | |
| Antietam Compliance Company 10905 Baltimore National Pike Myersville, MD 21773 | | - | | | | | 3,640.00 |
| Account No. ...9489 | | | | | | | |
| Art Logistics, Inc. 776 N. Industrial Drive Elmhurst, IL 60126 | | - | | | | | 900.00 |
| Account No. ...OJAN | | | | | | | |
| AT&T Wireless Services Messaging Division P.O. Box 34023 Seattle, WA 98124 | | - | | | | | 577.45 |
| Account No. ...0753 | | | | | | | |
| Avatech Solutions, Inc. P.O. Box 17687 Baltimore, MD 21297-1687 | | - | | | | | 1,471.46 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,698.15

B6F (Official Form 6F) (12/07) - Cont.

In re __Universal Packaging, Inc._____   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. ...4960 | | | | | | | | | |
| Bell-Mark, Inc. C/O Mr. Jon Totz Totz, Ellison & Totz, P.C. 2211 Norfolk, Suite 510 Houston, TX 77098 | - | | | | | | | | 32,386.59 |
| Account No. | | | | | 05/2014 Trade debt | | | | |
| Belt Power, Inc. 27064 Commerce Oaks Drive Conroe, TX 77385 | - | | | | | | | | 131.70 |
| Account No. ...xxxx/...xxxx/...1178 | | | | | | | | | |
| BGS 4915 Spring Showers Court Houston, TX 77084 | - | | | | | | | | 4,068.48 |
| Account No. | | | | | Credit card purchases | | | | |
| Capital One Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | - | | | | | | | | 2,853.10 |
| Account No. | | | | | Customer deposit on unfinished machine | | | | |
| Cavallaro S.A.C.I. Barrio Panchito Lopez Capiatá, Paraguay | - | | | | | | | | 5,289.50 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **44,729.37**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     **Universal Packaging, Inc.**                                                    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | **Judgment** | | | | | | |
| Cedar Hill, Inc. PO Box 4055 Edmond, OK 73034 | - | | | | | | X | 413,101.37 |
| Account No. ...5517 | | | | | | | | |
| Central Freight Lines P.O. Box 847084 Dallas, TX 75284 | - | | | | | | | 128.86 |
| Account No. | | | | | | | | |
| Comcast P.O. Box 650050 Dallas, TX 75265-0050 | - | | | | | | | 155.28 |
| Account No. ...xxxx/...xxxx/...8176 | | | | | | | | |
| Control Design Supply 2850 Walnut Hill Lane Dallas, TX 75229 | - | | | | | | | 811.93 |
| Account No. ...818-1 | | | | | | | | |
| Cordyne, Inc. 9820 Drysdale Lane Houston, TX 77041 | - | | | | | | | 55.42 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  414,252.86

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                           Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. ...**4837** | | | | | | | | | |
| **D&I Tool Grinding** **16343 Waverly Drive** **Houston, TX 77032** | | - | | | | | | | 61.89 |
| Account No. | | | | | 2014 **Trade debt** | | | | |
| **Eaton Manufacturing** **Attn: Legal Department** **1000 Eaton Boulevard** **Cleveland, OH 44122** | | - | | | | | | | 2,807.68 |
| Account No. | | | | | 2014 **Trade debt** | | | | |
| **Efector, Inc.** **782 Springdale Drive** **Exton, PA 19341** | | - | | | | | | | 1,995.24 |
| Account No. ...**xxxx/...1910** | | | | | | | | | |
| **EMF Company** **106 Regal Row** **Dallas, TX 75247** | | - | | | | | | | 4,266.61 |
| Account No. | | | | | 04/2014 **Trade debt** | | | | |
| **Emo Trans Texas, Inc.** **2928 B Greens Road** **Suite 350** **Houston, TX 77032** | | - | | | | | | | 10,772.19 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **19,903.61**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                                                  Case No._____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...xxxx/...0898 <br><br> **Exact Alliance, Inc. - Division 117** <br> **281 South Magnolia Avenue, Suite 201** <br> **Santa Barbara, CA 93117** | - | | | | | | 4,266.61 |
| Account No. <br><br> **Eximius Coffee** <br> **5610 Clinton Dr** <br> **Houston, TX 77020** | - | | **Customer deposit on unfinished machine** | | | | 141,000.00 |
| Account No. ...xxxx/...6450 <br><br> **Fast Freight Services** <br> **1412 Northbelt East, Suite 120** <br> **Houston, TX 77032** | - | | | | | | 3,400.00 |
| Account No. <br><br> **Federal Express** <br> **3620 Hacks Cross Road** <br> **Building B, 3rd floor** <br> **Memphis, TN 38125** | - | | **2014** <br> **Trade debt** | | | | 1,734.00 |
| Account No. <br><br> **Fedex Freight** <br> **3620 Hacks Cross Road** <br> **Building B, 3rd Floor** <br> **Memphis, TN 38125** | - | | **Trade debt** | | | | 4,958.14 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **155,358.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**
_____,
                        Debtor

Case No._____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  ...xxxx/...5393 | | | | | | | | |
| Force Global P.O. Box 0171 Hubertus, WI 53033 | - | | | | | | | 799.80 |
| Account No. ...1002, etc. | | | | | | | | |
| Formers by Ernie 7905 Almeda Genoa, #B Houston, TX 77075 | - | | | | | | | 11,030.00 |
| Account No. | | | | 2014 Trade debt | | | | |
| Freightquote 901 West Carondelet Drive Kansas City, MO 64114 | - | | | | | | | 4,958.14 |
| Account No. | | | | 2014 Trade debt | | | | |
| GKR Precision Grinding, Inc. 1812 Red Bluff Rd., Pasadena, TX 77506 | - | | | | | | | 2,990.00 |
| Account No. | | | | 2014 Trade debt | | | | |
| Gorman Uniform 9021 Katy Fwy Houston, TX 77024 | - | | | | | | | 2,556.22 |

Sheet no. **7** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **22,334.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                              Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Grainger, Inc. <br> 3900 Greenbriar Dr <br> Stafford, TX 77477-3919 | - | | | 2014 <br> **Trade debt** | | | | 1,188.95 |
| Account No. <br><br> Hanover Cold Storage <br> 52 Industrial Rd <br> Elizabethtown, PA 17022 | - | | | **Customer deposit on unfinished machine** | | | | 55,715.50 |
| Account No. <br><br> Hapman Conveyor Co. <br> 6002 East N Avenue <br> Kalamazoo, MI 49048 | - | | | 2014 <br> **Trade debt** | | | | 429.25 |
| Account No. <br><br> Harvill Industries <br> 421 East Pioneer Drive <br> Irving, TX 75061 | - | | | | | | | 30,125.02 |
| Account No. <br><br> Hole Specialists, Inc. <br> 27950 Commercial Park Rd <br> Tomball, TX 77375 | - | | | 2014 <br> **Trade debt** | | | | 2,940.00 |

Sheet no. __8__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 90,398.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**

Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 Trade debt | | | | |
| Homer City Automation 57 Cooper Ave Homer City, PA 15748 | - | | | | | | | 3,722.01 |
| Account No. | | | | Trade debt | | | | |
| Houston Bearing Supply 5311 Cornish St Houston, TX 77007 | - | | | | | | | 13.09 |
| Account No. ...xxxx/...6005 | | | | | | | | |
| Houston Chronicle P.O. Box 200084 Houston, TX 77216 | - | | | | | | | 770.00 |
| Account No. | | | | 2014 Trade debt | | | | |
| III's Hot Shot Trucking Co. 12320 Barker Cypress Rd Cypress, TX 77429 | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| Innovative Automation Solutions, Inc. 1420 Valwood Parkway, Suite 204 Carrollton, TX 75006 | - | | | | | | | 627.38 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,257.48

B6F (Official Form 6F) (12/07) - Cont.

In re __Universal Packaging, Inc.__                                     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ISC Sales, Inc. 4421 Tradition Trail Plano, TX 75093 | - | | | | | | 453.85 |
| Account No. | | | | | | | |
| James Wylie, Jr. 17527 Autumn Trails Houston, TX 77084 | - | | | | | | 70,200.32 |
| Account No. | | | Customer deposit on unfinished machine | | | | |
| Jasek Farms 2603 Saddlehorn Trail Katy, TX 77494 | - | | | | | | 148,000.00 |
| Account No. | | | Customer deposit on unfinished machine | | | | |
| Jiangsu Sud -Chemie 18 Zhujing Road Southeast Development Zone No. 1 workshop, Changshu, China | - | | | | | | 14,952.10 |
| Account No. | | | | | | | |
| Joe Wylie 1503 Repiton Way Katy, TX 77483 | - | | | | | | 45,466.61 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            279,072.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Expense reimbursement | | | | |
| John Wylie 2023 Willowlake Houston, TX 77077 | | - | | | | | | | 1,166.93 |
| Account No. | | | | | | | | | |
| Judy Wylie 1308 Upland Drive Houston, TX 77043 | | - | | | | | | | 36,304.38 |
| Account No. | | | | | | | | | |
| JUS-MADE, L.P. C/O Mr. Gerald A. Bates Attorney at Law 3200 Riverfront Drive, Suite 204 Fort Worth, TX 76107 | | - | | | | | | | 48,703.40 |
| Account No. | | | | | 2014 Trade debt | | | | |
| Lehigh Valley Abrasives 3890 Buchanan Ave SW Grand Rapids, MI 49548 | | - | | | | | | | 348.00 |
| Account No. | | | | | Customer deposit on unfinished machine | | | | |
| Louisiana Fish Fry 5267 Plank Rd Baton Rouge, LA 70805 | | - | | | | | | | 6,885.57 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          93,408.28

B6F (Official Form 6F) (12/07) - Cont.

In re __Universal Packaging, Inc.__ _____   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **MCI** 1250 Floyd Smith Office Park Drive Charlotte, NC 28296-6022 | - | | | | | | | 820.81 |
| Account No. **McMaster Carr Supply** PO Box 740100 Atlanta, GA 30374-0100 | - | | | Trade debt | | | | 1,092.63 |
| Account No. **Metalphoto of Cincinnati** 1080 Skillman Dr Cincinnati, OH 45215 | - | | | Trade debt | | | | 200.00 |
| Account No. **Misumi USA, Inc.** 1717 Penny Lane, Ste 200 Schaumburg, IL 60173 | - | | | Trade debt | | | | 268.70 |
| Account No. ...xxxx/...xxxx/...4943 **Mustang Delivery Service** 777 West 23rd Street Houston, TX 77008 | - | | | | | | | 118.30 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,500.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                                    Case No._____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Olympus Controls**<br>**14855 SW Murray Scholls Drive**<br>**Beaverton, OR 97007** | - | | **Trade debt** | | | | **5,014.35** |
| Account No.<br><br>**Onsite Network Support Solutions**<br>**10323 Barwood Dr**<br>**Houston, TX 77043** | - | | **2015**<br>**Trade debt** | | | | **1,704.94** |
| Account No.<br><br>**Orkin Commercial Services**<br>**Rollins, Inc.**<br>**2170 Piedmond Rd., NE**<br>**Atlanta, GA 30324** | - | | **2014-2015**<br>**Trade debt** | | | | **342.08** |
| Account No. **...0634, etc.**<br><br>**Ormon IDM Controls, Inc.**<br>**C/O Caine & Weiner**<br>**1699 East Woodfield Road**<br>**Schaumburg, IL 60173** | - | | | | | | **11,721.15** |
| Account No. **...xxxx/...xxxx/...1310**<br><br>**Othellus Davis Trucking**<br>**10711 Saint John Court**<br>**Houston, TX 77071** | - | | | | | | **2,975.00** |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **21,757.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __Universal Packaging, Inc.__ _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...1817, etc. | | | | | | | |
| Panel Finishers of Houston 5616 Rampart Houston, TX 77081-1302 | | - | | | | | 1,048.30 |
| Account No. ...4581 | | | | | | | |
| Peachtree Forms P.O. Box 361109 Decatur, GA 30036-1109 | | - | | | | | 442.85 |
| Account No. ...7022 | | | | | | | |
| Pirate Staffing 9534 Richmond Houston, TX 77063 | | - | | | | | 1,208.25 |
| Account No. | | | 2014-2015 Trade debt | | | | |
| Professional Welding Supply Co 3000 Brittmoore Rd # B Houston, TX 77043 | | - | | | | | 484.40 |
| Account No. | | | Customer deposit on unfinished machine | | | | |
| Puratos Corporation 1941 Old Cuthbert Road Cherry Hill, NJ 08034 | | - | | | | | 77,166.65 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    80,350.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Universal Packaging, Inc.**                                      Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | 2014<br>Trade debt | | | | |
| Rapid Crate Solutions<br>2512 Shady Falls Ln<br>Pearland, TX 77584-3383 | - | | | | | | | | 3,000.00 |
| Account No. ...xxxx/...xxxx/...3301 | | | | | | | | | |
| REB, Inc.<br>5408 3M Drive N.E., Suite A<br>Menomonie, WI 54751 | - | | | | | | | | 2,189.78 |
| Account No. | | | | | 2015<br>Utility | | | | |
| Reliant Energy<br>1201 Fannin St<br>Houston, TX 77002 | - | | | | | | | | 3,256.57 |
| Account No. | | | | | 2014-2015<br>Trash | | | | |
| Republic Services<br>5301 Brookglen Dr<br>Houston, TX 77017 | - | | | | | | | | 514.20 |
| Account No. ...2622 | | | | | | | | | |
| Republic Services<br>10554 Tanner Road<br>Houston, TX 77041 | - | | | | | | | | 187.87 |

Sheet no. __15__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,148.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. ...80-01 | | | | | | | | | |
| Saginaw Control & Engineering 95 Midland Road Saginaw, MI 48638 | - | | | | | | | | 580.36 |
| Account No. ...2487 | | | | | | | | | |
| Sandpaper of Texas 11440 Chairman Dallas, TX 75243 | - | | | | | | | | 387.77 |
| Account No. | | | | | | | | | |
| Sandra M. Munn, as Trustee of the Julia Isabelle Fazio Testamentary Trust C/O Mr. Allen Cazier, Attorney 8626 Tesoro Drive, Suite #500 San Antonio, TX 78217 | - | | | | | | | | 32,858.70 |
| Account No. | | | | | 2014 Trade debt | | | | |
| Shepherd Controls 230 Spring Hills Dr # 315 Spring, TX 77386 | - | | | | | | | | 984.72 |
| Account No. | | | | | 2014-2015 Trade debt | | | | |
| Shoptech Software, Inc. 13105 Northwest Fwy Houston, TX 77040 | - | | | | | | | | 4,042.27 |

Sheet no. __16__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     38,853.82

B6F (Official Form 6F) (12/07) - Cont.

In re      **Universal Packaging, Inc.**                                                  Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ...4057, etc.<br><br>Sideweld Industries, Inc.<br>2175 Union Blvd.<br>Bay Shore, NY 11706 | | - | | | | | | 76.80 |
| Account No.<br><br>SOS Food Lab<br>9399 NW 13th St<br>Doral, FL 33172 | | - | | Customer deposit on unfinished machine | | | | 173,000.00 |
| Account No. ...xxxx/...4085<br><br>Spring Engineers of Houston<br>9740 Tanner Road<br>Houston, TX 77041 | | - | | | | | | 652.50 |
| Account No. ...xx-xx/...33-00<br><br>Sunrise Fasteners<br>1109 Upland Drive<br>Houston, TX 77043 | | - | | | | | | 426.62 |
| Account No.<br><br>Sunwest Technical Sales Inc.<br>6847 N 21st Ave.<br>Phoenix, AZ 85015 | | - | | 2014<br>Trade debt | | | | 832.50 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **174,988.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                     Case No._____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 **Unpaid rent** | | | | |
| **Ted Wiese** **2001 Commerce Street** **Houston, TX 77002** | | - | | | | | | |
| | | | | | | | | 5,842.45 |
| Account No. ...1997 | | | | | | | | |
| **Texas Belting and Mill Supply** **6600 Harrisburg** **Houston, TX 77011** | | - | | | | | | |
| | | | | | | | | 142.00 |
| Account No. | | | | **Trade debt** | | | | |
| **The Blodgett Company** **10840 Seabord Loop** **Houston, TX 77099** | | - | | | | | | |
| | | | | | | | | 27,766.28 |
| Account No. ...xxxx/...0425 | | | | | | | | |
| **Toss Machine Components** **539 South Main Street** **Nazareth, PA 18064** | | - | | | | | | |
| | | | | | | | | 10,696.41 |
| Account No. | | | | 2014 **Trade debt** | | | | |
| **Total CAD Systems Inc.** **480 North Sam Houston Pkwy E** **Suite 234** **Houston, TX 77060** | | - | | | | | | |
| | | | | | | | | 6,445.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,892.14**

B6F (Official Form 6F) (12/07) - Cont.

In re __Universal Packaging, Inc.__ _____   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Total Control Products<br>8661 Younger Creek Drive<br>Sacramento, CA 95828 | - | | 2014<br>Trade debt | | | | 1,293.59 |
| Account No. <br><br>Trident Metal Company<br>405 N. Plano Rd<br>Richardson, TX 75081 | - | | 2014<br>Trade debt | | | | 3,068.44 |
| Account No. <br><br>Turn-key Coatings<br>5722 Clarewood Dr.<br>Houston, TX 77081 | - | | Trade debt | | | | 707.60 |
| Account No. <br><br>Tutco<br>500 Gould Drive<br>Cookeville, TN 38506 | - | | 2014<br>Trade debt | | | | 2,929.14 |
| Account No. <br><br>Tyco Integrated Security<br>7 Roszel Road<br>Princeton, NJ 08540 | - | | 2014<br>Security | | | | 892.22 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,890.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Universal Packaging, Inc.**                                          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ...3069 <br><br> **United Parcel Service** <br> **8330 Sweetwater Lane** <br> **Houston, TX 77037-3616** | - | | | | | | | 1,665.47 |
| Account No. ...070 <br><br> **United Parcel Service** <br> **8330 Sweetwater Lane** <br> **Houston, TX 77037-3616** | - | | | | | | | 608.00 |
| Account No. <br><br> **UPS** <br> **Attn: Legal Department** <br> **55 Glenlade Parkway, NE** <br> **Atlanta, GA 30328** | - | | | **2014-2015** <br> **Trade debt** | | | | 8,301.70 |
| Account No. ...7040 <br><br> **Varicraft Power Systems** <br> **4512 Tulsa Road** <br> **Houston, TX 77092** | - | | | | | | | 361.60 |
| Account No. <br><br> **Ventura Foods, LLC** <br> **C/O Mr. Andrew B. Totz** <br> **Totz, Ellison & Totz, P.C.** <br> **2211 Norfolk, Suite 510** <br> **Houston, TX 77098** | - | | | | | | | 35,671.31 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **46,608.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                          Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Verizon Wireless** P.O. Box 630023 Dallas, TX 75263-0023 | - | | | | | | 772.86 |
| Account No. ...0038, etc. | | | | | | | |
| **Videojet Technologies, Inc.** 1500 Mittel Boulevard Wood Dale, IL 60191 | - | | | | | | 20,032.06 |
| Account No. ...8386 | | | | | | | |
| **Wells Fargo Bank** **Deposits Bankruptcy Department** P.O. Box 3908 Portland, OR 97208-3908 | - | | | | | | 31,046.57 |
| Account No. ...4902 | | | | | | | |
| **Wells Fargo Bank** **Deposits Bankruptcy Department** P.O. Box 3908 Portland, OR 97208-3908 | - | | | | | | 31,046.57 |
| Account No. ...2258, etc. | | | | | | | |
| **Whitley Law Group, PC** 1001 South Dairy Ashford, Suite 101 Houston, TX 77077 | - | | | | | | 480.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **83,378.06**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Universal Packaging, Inc.**                                        Case No. _____
                                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...1559<br><br>Womack Machine Supply, Inc.<br>2300 Writ Road<br>Houston, TX 77055 | - | | | | | | 179.36 |
| Account No.<br><br>YRC Freight<br>9415 Wallisville Rd<br>Houston, TX 77013 | - | | 2014<br>Trade debt | | | | 1,726.82 |
| Account No.<br><br>Zenobia Company, LLC<br>92 Main St<br>Suite 319<br>Yonkers, NY 10701 | - | | 2014<br>Lawsuit | X | X | | 103,520.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | 105,426.18 |
| Total<br>(Report on Summary of Schedules) | 2,604,396.02 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re    **Universal Packaging, Inc.**                     Case No. _____

                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Animal Science Products<br>PO Box 631408<br>Nacogdoches, TX 75961 | Contract to build packaging equipment. Customer deposited $2109.24 |
| Cavallaro S.A.C.I.<br>Barrio Panchito Lopez<br>Capiatá, Paraguay | Contract to build packaging equipment. Customer deposited $55,715.50 |
| Cedar Hill, Inc.<br>PO Box 4055<br>Edmond, OK 73034 | Contract to build packaging equipment. Customer deposited $89,226.00 |
| Eximius Coffee<br>5610 Clinton Dr<br>Houston, TX 77020 | Contract to build packaging equipment. Customer deposited $141,000.00 |
| Hanover Cold Storage<br>52 Industrial Rd<br>Elizabethtown, PA 17022 | Contract to build packaging equipment. Customer deposited $27,199.80. |
| Jasek Farms<br>2603 Saddlehorn Trail<br>Katy, TX 77494 | Contract to build packaging equipment. Customer deposited $12,289.50. |
| Jiangsu Sud -Chemie<br>18 Zhujing Road<br>Southeast Development Zone<br>No. 1 workshop, Changshu, China | Contract to build packaging equipment. Customer paid deposit of 14,952.10 |
| Louisiana Fish Fry<br>5267 Plank Rd<br>Baton Rouge, LA 70805 | Contract to build packaging equipment. Customer paid deposit of $6885.57 |
| SOS Food Lab<br>9399 NW 13th St<br>Doral, FL 33172 | Contract to build packaging equipment. Customer paid $173,000.00 deposit. |
| Ted Wiese<br>2001 Commerce Street<br>Houston, TX 77002 | Month-to-month Lease for $5,900.00 per month. |
| Zenobia Company, LLC<br>92 Main St<br>Suite 319<br>Yonkers, NY 10701 | Contract to build packaging equipment. Customer paid deposit of $103520.00. |

   0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **Universal Packaging, Inc.**                                              Case No._____
                                                                          ,
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Wylie, Jr.**<br>**17527 Autumn Trails**<br>**Houston, TX 77084** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **John Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **Patricia Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   __Universal Packaging, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __39__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 13, 2015__

Signature __/s/ John Wylie__

__John Wylie__
__President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Texas

In re   __Universal Packaging, Inc.__                                                 Case No. _____

                                        Debtor(s)                        Chapter    __7__   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,689,374.00 | **Operation of Business - Nov 2012 to Oct 2013** |
| $977,392.38 | **Operation of Business - Nov 2013 to Oct 2014** |
| $410,414.72 | **Operation of business - Nov 2014 to March 2015** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wauson Probus**<br>**One Sugar Creek Center Blvd., Suite 880**<br>**Sugar Land, TX 77478** | 4/10/2015 | $11,500.00 | $0.00 |
| **Ted Wiese**<br>**2001 Commerce Street**<br>**Houston, TX 77002** | 2/20/15: $5,900.00<br>3/4/15 $2,500.00<br>3/11/15: $1,500.00<br>3/17/15: $1,894.00 | $11,794.00 | $5,842.45 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077**<br>**President** | 2014/2015 | $39,866.28 | $99,246.93 |
| **James Wylie, Jr.**<br>**17527 Autumn Trails**<br>**Houston, TX 77084**<br>**Vice President** | 2014 | $23,080.00 | $0.00 |
| **Joe Wylie**<br>**1503 Repiton Way**<br>**Katy, TX 77483**<br>**None** | 07/21/2014: $4,773.02<br>(reimbursement)<br>07/23/14: $4,773.02<br>(reimbursement)<br>08/11/2014: $908.40<br>(reimbursement)<br>10/25/2014: $5,861.04<br>(reimbursement)<br>12/06/2014: $3,000.00<br>(reimbursement | $19,315.48 | $45,466.61 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ali & Abdul Karim Trading Co. LLC v. Universal Packaging Inc., Case No. 4:14-cv-03500 | Enforcement of Foreign Arbitration | United States District Court for the Southern District of Texas, Houston Division | Pending |
| Zenobia Company LLC vs. Universal Packaging, Inc. Case No. 2014-70612 | Breach of Contract | 133rd Judicial District Court, Harris County, Texas | Pending |
| Cedar Hill, Inc. vs. Universal Packaging, Inc., Case No. 2015-00901 | Enforcement of Oklahoma Judgment | 61st Judicial District Court, Harris County, TX | Pending |
| Zenobia Company, LLC vs. Universal Packaging, Inc., Index No. 58632/2014 | Breach of contract | Supreme Court of the State of New York, County of Westchester | Judgment |
| Cedar Hill Inc. v. Universal Packaging Inc et al, Case No. 5:14-cv-008 | Breach of contract/fraud | United States District Court for the Western District of Oklahoma | Judgment |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Wauson | Probus**<br>**One Sugar Creek Center Blvd.**<br>**Suite 880**<br>**Sugar Land, TX 77478** | **04/10/2015** | **$4,500.00 + $335 filing fee** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Patricia Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077** | **1985-present** |
| **Flato, Williams & Patterson, P.C.**<br>**9821 Katy Fwy,**<br>**Houston, TX 77024** | **2000-present** |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Patricia Wylie** | **2023 Willowlake**<br>**Houston, TX 77077** |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **October, 2014** | **Patricia Wylie** | **$257,506.27 (cost basis)** |
| **June, 2013** | **Patricia Wylie** | **273,651.66 (cost basis)** |

None
☐  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **October, 2014** | **Patricia Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077** |
| **June, 2013** | **Patricia Wylie**<br>**2023 Willowlake**<br>**Houston, TX 77077** |

B7 (Official Form 7) (04/13)
8

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
□   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John Wylie<br>2023 Willowlake<br>Houston, TX 77077 | President | 50% |
| James Wylie, Jr.<br>17527 Autumn Trails<br>Houston, TX 77084 | Vice President | 50% |
| Patricia Wylie<br>2023 Willowlake<br>Houston, TX 77077 | Secretary/Treasurer | |

---

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
□   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Wylie, Jr.<br>17527 Autumn Trails<br>Houston, TX 77084<br>  Vice President | 2014 - Salary | 23,080.00 |
| John Wylie<br>2023 Willowlake<br>Houston, TX 77077<br>  President | Salary and loan repayment. 8/1/14-1/1/15 | 39,866.28 |

---

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 13, 2015**                                    Signature    **/s/ John Wylie**

                                                                     **John Wylie**
                                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Texas

In re    **Universal Packaging, Inc.**                          Case No.

                                       Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **4,500.00** |
   | Prior to the filing of this statement I have received | $ | **4,500.00** |
   | Balance Due | $ | **0.00** |

2. $  **335.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 13, 2015**                      **/s/ Jarrod Martin**

                                                **Jarrod Martin 24070221**
                                                **Wauson | Probus**
                                                  **One Sugar Creek Center Blvd.**
                                                **Suite 880**
                                                 **Sugar Land, TX 77478**
                                                 **281-242-0303  Fax: 281-242-0306**
                                                 **jmartin@w-plaw.com**

# United States Bankruptcy Court
## Southern District of Texas

In re   **Universal Packaging, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 13, 2015**

**/s/ John Wylie**
**John Wylie/President**
Signer/Title

A&K Servo Technologies
2688 Dadeville Rd
Alexander City, AL 35010


Accro Metal Finishing
10121 Sussex
Houston, TX 77041


ADP, LLC
Attn: Legal Department
One ADP Boulevard
Roseland, NJ 07068


ADT Security Systems
P.O. Box 650485
Dallas, TX 75265


ADT Security Systems
C/O Euler Hermes
Claim # 212772
600 South 7th Street
Louisville, KY 40201


Advanced Flexible Composites
P. O. Box 4225
Paysphere Circle
Chicago, IL 60674


Airdyne Ltd.
14910 Henry Rd
Houston, TX 77060


Airdyne, Ltd.
14910 Henry Road
Houston, TX 77060

Ali & Abdul Trading Co LLC
c/o Robert George
Curtis, Mallet-Prevost, Colt & Mosie LLP
2 Houston Center, 909 Fannin, Suite 3725
Houston, TX 77010


Allpac, Inc.
2210 Farrington Street
Dallas, TX 75207


Amy Vanhoose
2800 Post Oak Blvd.,
57th Floor
Houston, TX 77056


Animal Science Products
PO Box 631408
Nacogdoches, TX 75961


Antietam Compliance Company
10905 Baltimore National Pike
Myersville, MD 21773


Art Logistics, Inc.
776 N. Industrial Drive
Elmhurst, IL 60126


Art Logistics, Inc.
C/O Barry Serota & Associates
Case No. 731505
P.O. Box 1008
Arlington Heights, IL 60006


AT&T Wireless Services
Messaging Division
P.O. Box 34023
Seattle, WA 98124

Avatech Solutions, Inc.
P.O. Box 17687
Baltimore, MD 21297-1687


Avatech Solutions, Inc.
C/O Smyth Collections
File No. 194553
51 Cragwood Road, #201
South Plainfield, NJ 07080


Bell-Mark, Inc.
C/O Mr. Jon Totz
Totz, Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, TX 77098


Bell-Mark, Inc.
C/O Mr. Jon Totz
Totz, Ellison & Totz, P.C.
P.O. Box 570548
Houston, TX 77098


Bell-Mark, Inc.
331 Changebridge Road
Pine Brook, NJ 07058


Belt Power, Inc.
27064 Commerce Oaks Drive
Conroe, TX 77385


BGS
4915 Spring Showers Court
Houston, TX 77084


Capital One
Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cavallaro S.A.C.I.
 Barrio Panchito Lopez
Capiatá, Paraguay


Cedar Hill, Inc.
PO Box 4055
Edmond, OK 73034


Central Freight Lines
P.O. Box 847084
Dallas, TX 75284


Comcast
P.O. Box 650050
Dallas, TX 75265-0050


Control Design Supply
2850 Walnut Hill Lane
Dallas, TX 75229


Cordyne, Inc.
9820 Drysdale Lane
Houston, TX 77041


D&I Tool Grinding
16343 Waverly Drive
Houston, TX 77032


Eaton Manufacturing
Attn: Legal Department
1000 Eaton Boulevard
Cleveland, OH 44122

Efector, Inc.
782 Springdale Drive
Exton, PA 19341


EMF Company
106 Regal Row
Dallas, TX 75247


Emo Trans Texas, Inc.
2928 B Greens Road
Suite 350
Houston, TX 77032


Exact Alliance, Inc. - Division 117
281 South Magnolia Avenue, Suite 201
Santa Barbara, CA 93117


Eximius Coffee
5610 Clinton Dr
Houston, TX 77020


Fast Freight Services
1412 Northbelt East, Suite 120
Houston, TX 77032


Federal Express
3620 Hacks Cross Road
Building B, 3rd floor
Memphis, TN 38125


Fedex Freight
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Force Global
P.O. Box 0171
Hubertus, WI 53033


Formers by Ernie
7905 Almeda Genoa, #B
Houston, TX 77075


Freightquote
901 West Carondelet Drive
Kansas City, MO 64114


GKR Precision Grinding, Inc.
1812 Red Bluff Rd.,
Pasadena, TX 77506


Gorman Uniform
9021 Katy Fwy
Houston, TX 77024


Grainger, Inc.
3900 Greenbriar Dr
Stafford, TX 77477-3919


Hanover Cold Storage
52 Industrial Rd
Elizabethtown, PA 17022


Hapman Conveyor Co.
6002 East N Avenue
Kalamazoo, MI 49048

Harris County Tax Assessor
PO Box 4663
Houston, TX 77210-4663


Harvill Industries
421 East Pioneer Drive
Irving, TX 75061


Harvill Industries
C/O Greenburg, Grant & Richards, Inc.
File No. 765304
5858 Westheimer Road, #5858
Houston, TX 77057


Hole Specialists, Inc.
27950 Commercial Park Rd
Tomball, TX 77375


Homer City Automation
57 Cooper Ave
Homer City, PA 15748


Houston Bearing Supply
5311 Cornish St
Houston, TX 77007


Houston Chronicle
P.O. Box 200084
Houston, TX 77216


Houston Chronicle
C/O Levy Diamond Bello & Associates
File No. 1384813
P.O. Box 352
Milford, CT 06460

III's Hot Shot Trucking Co.
12320 Barker Cypress Rd
Cypress, TX 77429


Innovative Automation Solutions, Inc.
1420 Valwood Parkway, Suite 204
Carrollton, TX 75006


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ISC Sales, Inc.
4421 Tradition Trail
Plano, TX 75093


James Wylie, Jr.
17527 Autumn Trails
Houston, TX 77084


Jasek Farms
2603 Saddlehorn Trail
Katy, TX 77494


Jiangsu Sud -Chemie
18 Zhujing Road
Southeast Development Zone
No. 1 workshop, Changshu, China


Joe Wylie
1503 Repiton Way
Katy, TX 77483

John Wylie
2023 Willowlake
Houston, TX 77077


Judy Wylie
1308 Upland Drive
Houston, TX 77043


JUS-MADE, L.P.
C/O Mr. Gerald A. Bates
Attorney at Law
3200 Riverfront Drive, Suite 204
Fort Worth, TX 76107


Lehigh Valley Abrasives
3890 Buchanan Ave SW
Grand Rapids, MI 49548


Louisiana Fish Fry
5267 Plank Rd
Baton Rouge, LA 70805


MCI
1250 Floyd Smith Office Park Drive
Charlotte, NC 28296-6022


MCI
C/O Harvard Collection Services, Inc.
ID No. 12572638
4839 N. Elston Avenue
Chicago, IL 60630


McMaster Carr Supply
PO Box 740100
Atlanta, GA 30374-0100

Metalphoto of Cincinnati
1080 Skillman Dr
Cincinnati, OH 45215

Misumi USA, Inc.
1717 Penny Lane, Ste 200
Schaumburg, IL 60173

Mustang Delivery Service
777 West 23rd Street
Houston, TX 77008

Olympus Controls
14855 SW Murray Scholls Drive
Beaverton, OR 97007

Onsite Network Support Solutions
10323 Barwood Dr
Houston, TX 77043

Orkin Commercial Services
Rollins, Inc.
2170 Piedmond Rd., NE
Atlanta, GA 30324

Ormon IDM Controls, Inc.
C/O Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173

Othellus Davis Trucking
10711 Saint John Court
Houston, TX 77071

Panel Finishers of Houston
5616 Rampart
Houston, TX 77081-1302


Patricia Wylie
2023 Willowlake
Houston, TX 77077


Peachtree Forms
P.O. Box 361109
Decatur, GA 30036-1109


Peachtree Forms
P.O. Box 66430
Seattle, WA 98166


Pirate Staffing
9534 Richmond
Houston, TX 77063


Pirate Staffing
C/O National Credit Systems, Inc.
117 East 24th Street, 5th Floor
New York, NY 10010


Professional Welding Supply Co
3000 Brittmoore Rd # B
Houston, TX 77043


Puratos Corporation
1941 Old Cuthbert Road
Cherry Hill, NJ 08034

Rapid Crate Solutions
2512 Shady Falls Ln
Pearland, TX 77584-3383


REB, Inc.
5408 3M Drive N.E., Suite A
Menomonie, WI 54751


Reliant Energy
1201 Fannin St
Houston, TX 77002


Republic Services
5301 Brookglen Dr
Houston, TX 77017


Republic Services
10554 Tanner Road
Houston, TX 77041


Saginaw Control & Engineering
95 Midland Road
Saginaw, MI 48638


Sandpaper of Texas
11440 Chairman
Dallas, TX 75243


Sandra M. Munn, as Trustee of the
Julia Isabelle Fazio Testamentary Trust
C/O Mr. Allen Cazier, Attorney
8626 Tesoro Drive, Suite #500
San Antonio, TX 78217

Shepherd Controls
230 Spring Hills Dr
# 315
Spring, TX 77386


Shoptech Software, Inc.
13105 Northwest Fwy
Houston, TX 77040


Sideweld Industries, Inc.
2175 Union Blvd.
Bay Shore, NY 11706


SOS Food Lab
9399 NW 13th St
Doral, FL 33172


Spring Branch ISD Tax Office
PO Box 19037
Houston, TX 77224


Spring Engineers of Houston
9740 Tanner Road
Houston, TX 77041


Sunrise Fasteners
1109 Upland Drive
Houston, TX 77043


Sunwest Technical Sales Inc.
6847 N 21st Ave.
Phoenix, AZ 85015

Ted Wiese
2001 Commerce Street
Houston, TX 77002

Texas Belting and Mill Supply
6600 Harrisburg
Houston, TX 77011

The Blodgett Company
10840 Seabord Loop
Houston, TX 77099

Toss Machine Components
539 South Main Street
Nazareth, PA 18064

Total CAD Systems Inc.
480 North Sam Houston Pkwy E
Suite 234
Houston, TX 77060

Total Control Products
8661 Younger Creek Drive
Sacramento, CA 95828

Trident Metal Company
405 N. Plano Rd
Richardson, TX 75081

Turn-key Coatings
5722 Clarewood Dr.
Houston, TX 77081

Tutco
500 Gould Drive
Cookeville, TN 38506


Tyco Integrated Security
7 Roszel Road
Princeton, NJ 08540


United Parcel Service
8330 Sweetwater Lane
Houston, TX 77037-3616


United Parcel Service
C/O Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


UPS
Attn: Legal Department
55 Glenlade Parkway, NE
Atlanta, GA 30328


Varicraft Power Systems
4512 Tulsa Road
Houston, TX 77092


Ventura Foods, LLC
C/O Mr. Andrew B. Totz
Totz, Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, TX 77098


Ventura Foods, LLC
C/O Mr. Andrew B. Totz
Totz, Ellison & Totz, P.C.
P.O. Box 570548
Houston, TX 77098

Ventura Foods, LLC
C/O Mr. Michael D. Stein
Attorney at Law
1113 Vine Street, Suite 217
Houston, TX 77002


Verizon Wireless
P.O. Box 630023
Dallas, TX 75263-0023


Videojet Technologies, Inc.
1500 Mittel Boulevard
Wood Dale, IL 60191


W. Kenton Andrews
Andrews Myers, P.C.
3900 Essex Lane
Houston, TX 77027


Wells Fargo Bank
Deposits Bankruptcy Department
P.O. Box 3908
Portland, OR 97208-3908


Whitley Law Group, PC
1001 South Dairy Ashford, Suite 101
Houston, TX 77077


Womack Machine Supply, Inc.
2300 Writ Road
Houston, TX 77055


YRC Freight
9415 Wallisville Rd
Houston, TX 77013

Zenobia Company, LLC
92 Main St
Suite 319
Yonkers, NY 10701

## United States Bankruptcy Court
### Southern District of Texas

In re   __Universal Packaging, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Universal Packaging, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 13, 2015

Date

/s/ Jarrod Martin

Jarrod Martin 24070221

Signature of Attorney or Litigant

Counsel for   __Universal Packaging, Inc.__

Wauson | Probus
One Sugar Creek Center Blvd.
Suite 880
Sugar Land, TX 77478
281-242-0303 Fax:281-242-0306
jmartin@w-plaw.com